1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY CSOKA,

        Plaintiff,

   v.

JOHN W VARIAN, et al.,

        Defendants.

Case No.  3:15-cv-05429-SI

**NOTICE RE TIMING OF SERVICE OF PROCESS**

     Plaintiffs are notified that Rule 4(m) of the Federal Rules of Civil Procedure now requires that service of process be effected no later than 90 days after filing.  This action was filed on November 25, 2015.  **Consequently, service of process must be effected by February 23, 2016.**

     **IT IS SO ORDERED.**

Dated:  February 17, 2016

_____
SUSAN ILLSTON
United States District Judge