Timothy W. Brown
**THE BROWN LAW FIRM, P.C.**
127A Cove Road
Oyster Bay Cove, New York 11771
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*

Adam Bernstein, SBN 13298
**LAW OFFICE OF ADAM R. BERNSTEIN**
198 Coffeeberry Dr.
San Jose, CA, 95123
Telephone: (408) 960-6511
Facsimile: (408) 613-2489
Email: bernsteinlaw@earthlink.net

*Liaison Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CSOKA, DERIVATIVELY AND ON BEHALF OF XOMA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN W. VARIAN et al.,<br><br>Defendants, | Case No.: 15-cv-05429-SI<br><br>**PLAINTIFF'S REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>The Initial Case Management Conference has been continued to Friday, March 25, 2016, at 2:30 p.m.<br><br>IT IS SO ORDERED<br>Judge Susan Illston |

An initial case management conference in this matter is currently set for 2:30 p.m. on February 26, 2016, in Courtroom 10. Plaintiff hereby requests a 45-day continuance of the initial case management conference, because Plaintiff has not yet

---

**PLAINTIFF'S REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**
-1-

served or received waivers of service from the Defendants. Plaintiff intends to serve the Defendants in a timely manner (or receive waivers of service) but does not expect to do so before February 26, 2016.

Dated: February 16, 2016

Respectfully submitted,

**LAW OFFICE OF ADAM R. BERNSTEIN**

By: /s Adam Bernstein
Adam Bernstein SBN 132982
198 Coffeeberry Dr.
San Jose, CA, 95123
Telephone: (408) 960-6511
Facsimile: (408) 613-2489
Email: bernsteinlaw@earthlink.net

*-and-*

Timothy W. Brown
**THE BROWN LAW FIRM, P.C.**
127A Cove Road
Oyster Bay Cove, New York 11771
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*

---

**PLAINTIFF'S REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**
-2-