UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CSOKA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN W VARIAN, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-05429-JST<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Re: ECF No. 17 |

　　　The parties in this reassigned case stipulate to 1) extend the deadline to respond to the Complaint to June 3, 2016; and 2) reschedule the initial Case Management Conference to July 12, 2016.[1]

　　　Good cause appearing, the Court grants the stipulation to extend the Defendants' deadline to respond to the Complaint to June 3, 2016.

　　　Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 25, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The parties' Initial Case Management Conference is scheduled for July 13, 2016 at 2:00 p.m. ECF No. 20.  The Joint Case Management Conference Statement is due five Court days prior to the Conference.  Id.