COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
JOHN VARIAN, PAUL D. RUBIN, PATRICK J. SCANNON,
WILLIAM K. BOWES, JR., PETER BARTON HUTT,
JOSEPH M. LIMBER, W. DENMAN VAN NESS,
TIMOTHY P. WALBERT, AND JACK L. WYSZOMIERSKI
and Nominal Defendant XOMA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CSOKA, derivatively on behalf of XOMA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN VARIAN, PAUL D. RUBIN, PATRICK J. SCANNON, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, W. DENMAN VAN NESS, TIMOTHY P. WALBERT, AND JACK L. WYSZOMIERSKI,<br><br>Defendants,<br><br>And<br><br>XOMA CORPORATION,<br><br>Nominal Defendant. | Case No. 3:15-CV-05429-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Jon S. Tigar |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05429-JST

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Jeffrey Csoka ("Csoka"), Deborah A. Fieser ("Fieser"), and Defendants W. Denman Van Ness, William K. Bowes, Jr., Peter Barton Hutt, Joseph M. Limber, Kelvin M. Neu, Patrick J. Scannon, John Varian, Timothy P. Walbert, Paul D. Rubin, Jack L. Wyszomierski, and Nominal Defendant XOMA Corporation (collectively, "Defendants"), by and through their respective counsel, hereby agree and stipulate that good cause exists to request an order from the Court rescheduling the Case Management Conference currently set for May 17, 2017 in this action and related action at Case No. 3:15-CV-05236-JST to August 23, 2017, and to adjust accordingly the related deadlines set forth therein.

WHEREAS, Joseph Markette ("Markette") filed a securities class action lawsuit against XOMA, John Varian, and Paul Rubin relating to XOMA's EYEGUARD-B study in the United States Court for the Northern District of California, captioned *Markette v. XOMA Corp., et. al.*, 3:15-CV-3425-HSG, on July 24, 2015 (the "Securities Action");

WHEREAS, Plaintiff Fieser filed a related shareholder derivative action, captioned *Fieser v. W. Denman Van Ness, et. cal.*, Case No. 3:15-CV-05236-JST, on November 16, 2015 ("*Fieser* Derivative Action");

WHEREAS, Csoka filed this related shareholder derivative action in the United States Court for the Northern District of California, captioned *Csoka v. John Varian, et. cal.*, Case No. 3:15-CV-05429-JST, on November 25, 2015 ("*Csoka* Derivative Action");

WHEREAS, as of April 25, 2016, both the *Fieser* Derivative Action and the *Csoka* Derivative Action are before Hon. Jon S. Tigar;

WHEREAS, on May 9, 2016, the Court stayed the *Fieser* Derivative Action pending future developments in the Securities Action;

WHEREAS, on May 19, 2016, the Court stayed the *Csoka* Derivative Action pending future developments in the Securities Action;

WHEREAS, on May 24, 2016, the Court in the Securities Action set a briefing schedule requiring Markette to file an amended complaint by July 8, 2016, Defendants to respond to the amended complaint by August 11, 2016; Markette to file an opposition to the response by

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05429-JST

September 15, 2016, Defendants to file a reply brief by September 29, 2016, and for the hearing to be held on October 13, 2016;

WHEREAS, on July 8, 2016, Markette filed an amended complaint adding for the first time Kelvin Neu as a defendant;

WHEREAS, on July 22, 2016, the parties in the Securities Action filed a stipulation to amend the case management schedule;

WHEREAS, on July 22, 2016, the Court in the Securities Action granted in part and denied in part the parties' stipulation to amend the case management schedule, requiring Defendants to respond to the amended complaint by September 2, 2016; Markette to file an opposition to the response by October 7, 2016; Defendants to file a reply brief by October 21, 2016; and for the hearing to be held on November 3, 2016;

WHEREAS, the parties filed a stipulation to reschedule the case management conference in the *Fieser* Derivative Action on August 16, 2016;

WHEREAS, on August 19, 2016, this Court ordered the *Fieser* and *Csoka* Derivative Actions related, extended the stay, and denied Defendants' stipulation to reschedule the case management conference in the *Fieser* Derivative Action as moot;

WHEREAS, on September 2, 2016, Defendants filed a motion dismiss the Securities Action;

WHEREAS, on September 15, 2016, the Court in the Securities Action continued the hearing to December 15, 2016;

WHEREAS, on October 7, 2016, Plaintiff Markette filed an opposition to Defendants' motion to dismiss;

WHEREAS, on October 21, 2016, Defendants filed a reply in support of their motion to dismiss;

WHEREAS, on December 14, 2016, the Court in the Securities Action vacated the hearing previously scheduled for December 15, 2016, and took the pending motion to dismiss filings under submission;

WHEREAS, the Case Management Conference is currently scheduled for May 17, 2017

| | |
|---|---|
| 1 | in both the *Fieser* and *Csoka* Derivative Actions; |
| 2-3 | WHEREAS, the Court in the Securities Action has yet to issue an order on the motion to dismiss filings; |
| 4-7 | WHEREAS, in light of the current stay of both the *Fieser* and *Csoka* Derivative Actions and the status of the Securities Action, the parties believe it would be a waste of judicial and party resources for the Court and the Parties to conduct the Case Management Conference on May 17, 2017; |
| 8-10 | WHEREAS Fieser, Csoka, and Defendants further agree that the Case Management Conference should be rescheduled for August 23, 2017, and all related deadlines adjusted accordingly. |
| 11-12 | NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between the parties, through their respective counsel: |
| 13-14 | 1. The Case Management Conference will be rescheduled to August 23, 2017, and all related deadlines (including ADR deadlines) adjusted accordingly. |
| 15 | IT IS SO STIPULATED. |

Dated: May 2, 2017         COOLEY LLP

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants JOHN VARIAN, PAUL D. RUBIN, PATRICK J. SCANNON, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, W. DENMAN VAN NESS, TIMOTHY P. WALBERT, AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05429-JST

Dated: May 2, 2017　　LAW OFFICE OF ADAM R. BERNSTEIN
　　　　　　　　　　　　ADAM BERNSTEIN (132982)


　　　　　　　　　　　　　　　　/s/ Adam Bernstein
　　　　　　　　　　　　　　　Adam Bernstein (132982)

　　　　　　　　　　　　198 Coffeeberry Dr.
　　　　　　　　　　　　San Jose, CA, 95123
　　　　　　　　　　　　Telephone: (408) 960-6511
　　　　　　　　　　　　Facsimile: (408) 613-2489
　　　　　　　　　　　　Email: bernsteinlaw@earthlink.net

　　　　　　　　　　　　THE BROWN LAW FIRM, P.C.
　　　　　　　　　　　　TIMOTHY W. BROWN
　　　　　　　　　　　　127A Cove Road
　　　　　　　　　　　　Oyster Bay Cove, New York 11771
　　　　　　　　　　　　Telephone: (516) 922-5427
　　　　　　　　　　　　Email: tbrown@thebrownlawfirm.net

　　　　　　　　　　　　Attorneys for Plaintiff JEFFREY CSOKA

Dated: May 2, 2017　　GREEN & NOBLIN, P.C.

　　　　　　　　　　　　and

　　　　　　　　　　　　FEDERMAN & SHERWOOD
　　　　　　　　　　　　WILLIAM B. FEDERMAN


　　　　　　　　　　　　　　　　/s/ Robert S. Green
　　　　　　　　　　　　　　　Robert S. Green (136183)

　　　　　　　　　　　　Attorneys for Plaintiff DEBORAH A. FIESER


**PURSUANT TO STIPULATION, IT IS SO ORDERED**


DATED: __May 5, 2017_____　　_____
　　　　　　　　　　　　　　　　　Honorable Jon S. Tigar
　　　　　　　　　　　　　　　　　United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5.

**STIPULATION AND [PROPOSED] ORDER TO**
**RESCHEDULE CMC**
**CASE NO. 3:15-CV-05429-JST**