1   COOLEY LLP
    JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2   JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
    BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
3   JESSIE SIMPSON LAGOY (305257) (jsimpsonlagoy@cooley.com)
    3175 Hanover Street
4   Palo Alto, CA  94304-1130
    Telephone:     (650) 843-5000
5   Facsimile:     (650) 849-7400

6   Attorneys for Defendants
    JOHN VARIAN, PAUL D. RUBIN, PATRICK J. SCANNON,
7   WILLIAM K. BOWES, JR., PETER BARTON HUTT,
    JOSEPH M. LIMBER, W. DENMAN VAN NESS,
8   TIMOTHY P. WALBERT, AND JACK L. WYSZOMIERSKI
    and Nominal Defendant XOMA CORPORATION

9

10

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15  JEFFREY CSOKA, derivatively on        Case No.  3:15-CV-05429-JST
    behalf of XOMA CORPORATION,
16                                        **STIPULATION AND [PROPOSED] ORDER TO
                      Plaintiff,          RESCHEDULE CASE MANAGEMENT
17                                        CONFERENCE**
         v.
18                                        Judge:     Honorable Jon S. Tigar
    JOHN VARIAN, PAUL D. RUBIN,
19  PATRICK J. SCANNON, WILLIAM K.
    BOWES, JR., PETER BARTON HUTT,
20  JOSEPH M. LIMBER, W. DENMAN VAN
    NESS, TIMOTHY P. WALBERT,
21  AND JACK L. WYSZOMIERSKI,

22                    Defendants,

23                      And

24  XOMA CORPORATION,

25                    Nominal Defendant.

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05429-JST

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Jeffrey Csoka ("Csoka"), Deborah

2    A. Fieser ("Fieser"), and Defendants W. Denman Van Ness, William K. Bowes, Jr., Peter Barton

3    Hutt, Joseph M. Limber, Kelvin M. Neu, Patrick J. Scannon, John Varian, Timothy P. Walbert,

4    Paul D. Rubin, Jack L. Wyszomierski, and Nominal Defendant XOMA Corporation

5    (collectively, "Defendants"), by and through their respective counsel, hereby agree and stipulate

6    that good cause exists to request an order from the Court rescheduling the initial Case

7    Management Conference currently set for August 23, 2017 in this action and related action at

8    Case No. 3:15-CV-05236-JST to December 13, 2017, and to adjust accordingly the related

9    deadlines set forth therein.

10    WHEREAS, Joseph Markette ("Markette") filed a securities class action lawsuit against

11    XOMA, John Varian, and Paul Rubin relating to XOMA's EYEGUARD-B study in the United

12    States Court for the Northern District of California, captioned *Markette v. XOMA Corp., et. al.*,

13    3:15-CV-3425-HSG, on July 24, 2015 (the "Securities Action");

14    WHEREAS, Fieser filed a related shareholder derivative action, captioned *Fieser v. W.*

15    *Denman Van Ness, et. cal.*, Case No. 3:15-CV-05236-JST, on November 16, 2015 ("*Fieser*

16    Derivative Action");

17    WHEREAS, Plaintiff Csoka filed this related shareholder derivative action in the United

18    States Court for the Northern District of California, captioned *Csoka v. John Varian, et. cal.*,

19    Case No. 3:15-CV-05429-JST, on November 25, 2015 ("*Csoka* Derivative Action");

20    WHEREAS, as of April 25, 2016, both the *Fieser* Derivative Action and the *Csoka*

21    Derivative Action are before Hon. Jon S. Tigar;

22    WHEREAS, on May 9, 2016, the Court stayed the *Fieser* Derivative Action pending

23    future developments in the Securities Action;

24    WHEREAS, on May 19, 2016, the Court stayed the *Csoka* Derivative Action pending

25    future developments in the Securities Action;

26    / / /

27    / / /

28    / / /

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05429-JST

WHEREAS, on May 24, 2016, the Court in the Securities Action set a briefing schedule requiring Markette to file an amended complaint by July 8, 2016, Defendants to respond to the amended complaint by August 11, 2016; Markette to file an opposition to the response by September 15, 2016, Defendants to file a reply brief by September 29, 2016, and for the hearing to be held on October 13, 2016;

WHEREAS, on July 8, 2016, Markette filed an amended complaint adding for the first time Kelvin Neu as a defendant;

WHEREAS, on July 22, 2016, the parties in the Securities Action filed a stipulation to amend the case management schedule;

WHEREAS, on July 22, 2016, the Court in the Securities Action granted in part and denied in part the parties' stipulation to amend the case management schedule, requiring Defendants to respond to the amended complaint by September 2, 2016; Markette to file an opposition to the response by October 7, 2016; Defendants to file a reply brief by October 21, 2016; and for the hearing to be held on November 3, 2016;

WHEREAS, the parties filed a stipulation to reschedule the initial Case Management Conference in the *Fieser* Derivative Action on August 16, 2016;

WHEREAS, on August 19, 2016, this Court ordered the *Fieser* and *Csoka* Derivative Actions related, extended the stay, and denied Defendants' stipulation to reschedule the Case Management Conference in the *Fieser* Derivative Action as moot;

WHEREAS, on September 2, 2016, Defendants filed a motion dismiss the Securities Action;

WHEREAS, on September 15, 2016, the Court in the Securities Action continued the hearing to December 15, 2016;

WHEREAS, on October 7, 2016, Plaintiff Markette filed an opposition to Defendants' motion to dismiss;

WHEREAS, on October 21, 2016, Defendants filed a reply in support of their motion to dismiss;

/ / /

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05429-JST

1    WHEREAS, on December 14, 2016, the Court in the Securities Action vacated the

2    hearing previously scheduled for December 15, 2016, and took the pending motion to dismiss

3    filings under submission;

4    WHEREAS, on May 2, 2017, the parties filed a second stipulation to reschedule the

5    initial Case Management Conference;

6    WHEREAS, this Court granted the stipulation in the *Fieser* Derivative Action on May 3,

7    2017, and granted the stipulation in the *Csoka* Derivative Action on May 5, 2017, and

8    rescheduled the initial Case Management Conference to August 23, 2017;

9    WHEREAS, on May 26, 2017, the Court in the Securities Action ordered the parties in

10   that action to submit simultaneous supplemental briefing in light of the Ninth Circuit's recent

11   opinion in *City of Dearborn Heights Act 345 Police & Retirement Sys. v. Align Tech., Inc.*, No.

12   14-16814, 2017 WL 1753276 (9th Cir. May 5, 2017);

13   WHEREAS, on June 9, 2017, both parties in the Securities Action filed supplemental

14   briefing in support of their respective motion to dismiss filings;

15   WHEREAS, the Court in the Securities Action has yet to issue an order on the motion to

16   dismiss;

17   WHEREAS, the initial Case Management Conference is currently scheduled for August

18   23, 2017 in both the *Fieser* and *Csoka* Derivative Actions;

19   WHEREAS, in light of the current stay of both the *Fieser* and *Csoka* Derivative Actions

20   and the status of the Securities Action, the parties believe it would be a waste of judicial and

21   party resources for the Court and the Parties to conduct the Case Management Conference on

22   August 23, 2017;

23   WHEREAS Fieser, Csoka, and Defendants further agree that the Case Management

24   Conference should be rescheduled to December 13, 2017, and all related deadlines adjusted

25   accordingly.

26   / / /

27   / / /

28   / / /

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05429-JST

1    NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between

2    the parties, through their respective counsel:

3        1.    The Case Management Conference will be rescheduled to December 13, 2017,

4    and all related deadlines (including ADR deadlines) adjusted accordingly.

5        IT IS SO STIPULATED.

6    Dated: August 9, 2017              COOLEY LLP

7

8                                    */s/ Jessica Valenzuela Santamaria*
                                    Jessica Valenzuela Santamaria (220934)
9

10                                   Attorneys for Defendants JOHN VARIAN, PAUL D.
                                    RUBIN, PATRICK J. SCANNON, WILLIAM K.
                                    BOWES, JR., PETER BARTON HUTT, JOSEPH M.
11                                   LIMBER, W. DENMAN VAN NESS, TIMOTHY P.
                                    WALBERT, AND JACK L. WYSZOMIERSKI and
12                                   Nominal Defendant XOMA CORPORATION

13   Dated: August 9, 2017              LAW OFFICE OF ADAM R. BERNSTEIN
                                    ADAM BERNSTEIN (132982)
14

15                                   */s/ Adam Bernstein*
16                                   Adam Bernstein (132982)

17                                   198 Coffeeberry Dr.
                                    San Jose, CA, 95123
18                                   Telephone: (408) 960-6511
                                    Facsimile: (408) 613-2489
19                                   Email: bernsteinlaw@earthlink.net

20                                   THE BROWN LAW FIRM, P.C.
21                                   TIMOTHY W. BROWN
                                    127A Cove Road
22                                   Oyster Bay Cove, New York 11771
                                    Telephone: (516) 922-5427
23                                   Email: tbrown@thebrownlawfirm.net

24                                   Attorneys for Plaintiff JEFFREY CSOKA

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5.

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05429-JST

Dated: August 9, 2017

GREEN & NOBLIN, P.C.

and

FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN

*/s/ Robert S. Green*
Robert S. Green (136183)

Attorneys for Plaintiff DEBORAH A. FIESER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  August 10, 2017

Honorable Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05429-JST

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1 of The United States District Court for the Northern District of California, I, Jessica Valenzuela Santamaria, hereby attest that the concurrence to the filing of the foregoing document has been obtained from Adam Bernstein and Robert S. Green, who provided the conformed signatures above.

Dated: August 9, 2017              COOLEY LLP


*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants JOHN VARIAN, PAUL D. RUBIN, PATRICK J. SCANNON, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, W. DENMAN VAN NESS, TIMOTHY P. WALBERT, AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05429-JST