


COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
JESSIE SIMPSON LAGOY (305257) (jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendants
JOHN VARIAN, PAUL D. RUBIN, PATRICK J. SCANNON,
WILLIAM K. BOWES, JR., PETER BARTON HUTT,
JOSEPH M. LIMBER, W. DENMAN VAN NESS,
TIMOTHY P. WALBERT, AND JACK L. WYSZOMIERSKI
and Nominal Defendant XOMA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CSOKA, derivatively on behalf of XOMA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN VARIAN, PAUL D. RUBIN, PATRICK J. SCANNON, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, W. DENMAN VAN NESS, TIMOTHY P. WALBERT, AND JACK L. WYSZOMIERSKI,<br><br>Defendants,<br><br>And<br><br>XOMA CORPORATION,<br><br>Nominal Defendant. | Case No.  3:15-CV-05429-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge:   Honorable Jon S. Tigar |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
CASE NO. 3:15-CV-05429-JST

| | |
|---|---|
| 1 | WHEREAS, Joseph Markette ("Markette") filed a securities class action lawsuit against XOMA Corporation ("XOMA"), John W. Varian, and Paul D. Rubin relating to XOMA's EYEGUARD-B study in the United States Court for the Northern District of California, captioned *Markette v. XOMA Corp., et. al.*, 3:15-CV-3425-HSG, on July 24, 2015 (the "Securities Action"); |
| 6 | WHEREAS, Plaintiff Deborah A. Fieser ("Fieser") filed a related shareholder derivative action, captioned *Fieser v. W. Denman Van Ness, et. al.*, Case No. 3:15-CV-05236-JST, on November 16, 2015 ("*Fieser* Derivative Action"); |
| 9 | WHEREAS, Plaintiff Jeffrey Csoka ("Cskoka") filed this related shareholder derivative action in the United States Court for the Northern District of California, captioned *Csoka v. John Varian, et. al.*, Case No. 3:15-CV-05429-JST, on November 25, 2015 ("*Csoka* Derivative Action"), naming John W. Varian, Paul D. Rubin, Patrick J. Scannon, William K. Bowes Jr., Peter Barton Hutt, Joseph M. Limber, W. Denman Van Ness, Timothy P. Wilbert, and Jack L. Wyszomierski, as Defendants (collectively, "Individual Defendants), and XOMA as Nominal Defendant (together with Plaintiff Csoka, the "Parties"); |
| 16 | WHEREAS, as of April 25, 2016, both the *Fieser* Derivative Action and the *Csoka* Derivative Action are before Hon. Jon S. Tigar; |
| 18 | WHEREAS, on May 18, 2016, the Parties filed a joint stipulation to stay the *Csoka* Derivative Action, which stated: "the Parties agree that the ruling on any anticipated motions to dismiss in the Securities Action may help inform the manner in which the Derivative Action proceeds;" |
| 22 | WHEREAS, on May 9, 2016, the Court stayed the *Fieser* Derivative Action pending future developments in the Securities Action; |
| 24 | WHEREAS, on May 19, 2016, the Court stayed the *Csoka* Derivative Action pending future developments in the Securities Action; |
| 26 | WHEREAS, on August 19, 2016, this Court ordered the *Fieser* and *Csoka* Derivative Actions related; |
| 28 | WHEREAS, on September 2, 2016, Defendants filed a motion dismiss the Securities |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
CASE NO. 3:15-CV-05429-JST

Action;

WHEREAS, on October 7, 2016, Plaintiff Markette filed an opposition to Defendants' motion to dismiss;

WHEREAS, on October 21, 2016, Defendants filed a reply in support of their motion to dismiss;

WHEREAS, on December 14, 2016, the Court in the Securities Action took the pending motion to dismiss filings under submission;

WHEREAS, on May 26, 2017, the Court in the Securities Action ordered the parties in that action to submit simultaneous supplemental briefing in light of the Ninth Circuit's recent opinion in *City of Dearborn Heights Act 345 Police & Retirement Sys. v. Align Tech., Inc.*, No. 14-16814, 2017 WL 1753276 (9th Cir. May 5, 2017);

WHEREAS, on June 9, 2017, both parties in the Securities Action filed supplemental briefing in support of their respective motion to dismiss filings;

WHEREAS, on September 28, 2017, the Court in the Securities Action granted Defendants' Motion to Dismiss the Amended Class Action Complaint without prejudice and entered an order requiring Plaintiff to file and serve an amended class action complaint by October 26, 2017 (Dkt. No. 113 in the Securities Action);

WHEREAS, on October 25, 2017, the Court in the Securities Action granted the parties' Stipulation and Order of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in which Plaintiff Markette voluntarily dismissed the Securities Action with prejudice as to his individual claims, and without prejudice as to the unnamed class members (Dkt. No. 115 in the Securities Action);

WHEREAS, the Parties have met and conferred in good faith, and Plaintiff Csoka has agreed to voluntarily dismiss the above-captioned action without prejudice;

WHEREAS, the Parties agree that each party shall bear its own fees and costs related to this action.

WHEREAS, given this stipulation of dismissal, the Parties agree that the order regarding ADR issued on November 27, 2017 is moot.

Cooley LLP
Attorneys At Law
Palo Alto

3.

Joint Stipulation and [Proposed]
Order of Dismissal
Case No. 3:15-CV-05429-JST

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between the Parties, through their respective counsel:

1. Plaintiff Csoka voluntarily dismisses the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

2. The Parties shall each bear their own fees and costs related to this action.

IT IS SO STIPULATED.

Dated: December 4, 2017         COOLEY LLP

　　　　　　　　　　　　　　　　　　*/s/ Jessica Valenzuela Santamaria*
　　　　　　　　　　　　　　　　　　Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants JOHN VARIAN, PAUL D. RUBIN, PATRICK J. SCANNON, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, W. DENMAN VAN NESS, TIMOTHY P. WALBERT, AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION

Dated: December 4, 2017         LAW OFFICE OF ADAM R. BERNSTEIN
ADAM BERNSTEIN (132982)

　　　　　　　　　　　　　　　　　　*/s/ Adam Bernstein*
　　　　　　　　　　　　　　　　　　Adam Bernstein (132982)

198 Coffeeberry Dr.
San Jose, CA, 95123
Telephone: (408) 960-6511
Facsimile: (408) 613-2489
Email: bernsteinlaw@earthlink.net

THE BROWN LAW FIRM, P.C.
TIMOTHY W. BROWN
127A Cove Road
Oyster Bay Cove, New York 11771
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

Attorneys for Plaintiff JEFFREY CSOKA

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

JOINT STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
CASE NO. 3:15-CV-05429-JST

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3  DATED: _____          _____
                                           Honorable Jon S. Tigar
4                                          United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5.

JOINT STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
CASE NO. 3:15-CV-05429-JST

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1 of The United States District Court for the Northern District of California, I, Jessica Valenzuela Santamaria, hereby attest that the concurrence to the filing of the foregoing document has been obtained from Adam Bernstein, who provided the conformed signatures above.

Dated: December 4, 2017       COOLEY LLP

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants JOHN VARIAN, PAUL D. RUBIN, PATRICK J. SCANNON, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, W. DENMAN VAN NESS, TIMOTHY P. WALBERT, AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION

154105233

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

6.

JOINT STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
CASE NO. 3:15-CV-05429-JST